UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JOSE R. MARRERO and          :  CHAPTER 13
        JESSICA MARRERO              :
            Debtor(s)                :
                                     :
        CHARLES J. DEHART, III       :
        STANDING CHAPTER 13 TRUSTEE  :
            Movant                   :
                                     :
            vs.                      :
                                     :
        JOSE R. MARRERO and          :
        JESSICA MARRERO              :
            Respondent(s)            :  CASE NO.   5-18-bk-03372


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   17th   day of September, 2018, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

        Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon disposable income on Schedules I and J and
specifically disputes the following amounts:

        a.   Average federal income tax refund not considered.

        2.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor's have excess non-exempt equity in the following:

        a.   Residential real estate.

        3.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

        a.   Current Profit and Loss Statement for ten (10) months of 2018.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 26th day of September, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA 18360

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee