UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Jose R. Marrero and | | |
| Jessica Marrero, | : | Case No. 18-bk-03372-JJT |
|     Debtors | | |
| | : | |
| Stillwater Lakes Civic Association, Inc., | : | Objection to Confirmation of |
|     Movant | | Chapter 13 Plan |
| | : | |
| v. | | |
| | : | |
| Jose R. Marrero and | | |
| Jessica Marrero, | : | |
| Charles J. DeHart, III, Trustee, | | |
|     Respondents | : | |

## **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Stillwater Lakes Civic Association, Inc., by and through its attorney, Philip W. Stock, objects to the confirmation of Debtors' Chapter 13 Plan for the following reasons:

1. On August 13, 2018, Debtors filed their Petition for Relief under Chapter 13 of the Bankruptcy Code;

2. Debtors own their residence which is located at 5008 Holiday Drive, Pocono Summit, PA 18346;

3. On October 21, 2018, Stillwater Lakes Civic Association, Inc. (Stillwater) filed its Proof of Claim in the amount of $22,869.77;

4. As per its Proof of Claim, Stillwater has a secured claim of $11,029.95;

5. In addition, Stillwater has an unsecured claim of $11,839.82;

6. Unfortunately, Debtors' Plan fails to provide for payment of Stillwater's secured claim;

7. In addition, Debtors' attempt to modify Stillwater's secured claim under Section 506 of the Bankruptcy Code is inappropriate because the lien is a consensual lien which is further defined by Pennsylvania's Uniform Planned Community Act and, as such, can not be modified;

8. Also, Debtors have failed to properly fund their Plan in order to pay their unsecured creditors. As such, their Plan is underfunded;

9. Consequently, Debtors' Plan violates 11 U.S.C. § 1325(a)(1) because the Plan is not feasible;

10. Moreover, the failure of Debtors to propose to pay the correct amount of Stillwater's secured claim fails to provide full value to Stillwater regarding its claim in violation of 11 U.S.C. § 1325(a)(5);

11. Debtors' Plan also violates 11 U.S.C. § 1322(a)(1) since Debtors are not proposing to pay all of their disposable income in their Plan;

12. Furthermore, the failure of Debtors to propose to pay the correct amount of the secured claim, violates 11 U.S.C. § 1322(a)(3) since, the Plan attempts to treat Stillwater's secured claim differently than other secured claims in the same class of claims;

13. The Plan also violates 11 U.S.C. § 1325(a)(4) since the amount proposed to be paid to unsecured creditors is less than what those creditors would receive if Debtors liquidated their real estate under Chapter 7 of the Code.

Case 5:18-bk-03372-JJT    Doc 19    Filed 10/22/18    Entered 10/22/18 17:51:32    Desc
Main Document      Page 2 of 3

**WHEREFORE**, Stillwater Lakes Civic Association, Inc. respectfully requests that the confirmation of Debtors' Chapter 13 Plan be denied.

Date: 10/22/18 /s/Philip W. Stock
Philip W. Stock
Attorney for Movant
Attorney ID #53203
706 Monroe Street
Stroudsburg, PA 18360
(570) 420-0500