IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:18-bk-03372-JJT |
| Jose R. Marrero d/b/a Topp Notch Contracting | : Chapter 13 |
| and Jessica Marrero | : |
|     Debtors | : |
| | : |
| Wilmington Trust, NA, successor trustee to | : |
| Citibank NA, as trustee on behalf of the | : |
| registered holders of Bear Stearns Asset | : |
| Backed Securities I Trust 2006-HE3, Asset- | |
| Backed Certificates, Series 2006-HE3 c/o | |
| Select Portfolio Servicing, Inc. | |
|     Movant | : |
|     vs. | : |
| | : |
| Jose R. Marrero d/b/a Topp Notch Contracting | : |
| and Jessica Marrero | |
|     Debtors/Respondents | : |
|     and | : |
| Charles J DeHart, III, Esquire | |
|     Trustee/Respondent | : |

## OBJECTION TO CONFIRMATION OF THE PLAN

Movant, Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006-HE3 c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Jose R. Marrero d/b/a Topp Notch Contracting and Jessica Marrero ("Debtors"), as follows:

    1.    As of the bankruptcy filing date of August 13, 2018, Movant holds a secured Claim against the Debtors' property located at 4070 Holiday Drive, Pocono Summit, PA 18346.

    2.    On October 22, 2018 Movant filed a Proof of Claim citing a secured claim in the amount of $214,720.04, with pre-petition arrears in the amount of $20,389.63.

    3.    The Plan currently proposes payment to Movant in the amount of $10,000.00 for pre-petition arrears.

    4.    The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

    5.    The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chaper 13 Plan.

Respectfully submitted,

Dated: 10/24/2018

s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:18-bk-03372-JJT |
| Jose R. Marrero d/b/a Topp Notch Contracting | : Chapter 13 |
| and Jessica Marrero | : |
|         Debtors | : |
| | : |
| Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006-HE3 c/o Select Portfolio Servicing, Inc. | : : : : : : : |
|         Movant | : |
|         vs. | : |
| | : |
| Jose R. Marrero d/b/a Topp Notch Contracting and Jessica Marrero | : |
|         Debtors/Respondents | : |
|         and | : |
| Charles J DeHart, III, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Danielle Boyle-Ebersole, Esquire, attorney for Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006-HE3 c/o Select Portfolio Servicing, Inc. ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on **10/24/2018**:

| | |
|---|---|
| Patrick James Best, Esquire<br>Via ECF<br>*Attorney for Debtors* | Jose R. Marrero d/b/a Topp Notch Contracting<br>Jessica Marrero<br>5008 Holiday Drive<br>Pocono Summit, PA 18346 |
| Charles J DeHart, III, Esquire<br>Via ECF<br>*Trustee* | Via First Class Mail<br>*Debtors* |

Date: 10/24/2018

Respectfully Submitted,
s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:18-bk-03372-JJT |
| Jose R. Marrero d/b/a Topp Notch Contracting and Jessica Marrero | : Chapter 13 |
|        Debtors | : |
| | : |
| Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006-HE3 c/o Select Portfolio Servicing, Inc. | : |
|        Movant | : |
|        vs. | : |
| | : |
| Jose R. Marrero d/b/a Topp Notch Contracting and Jessica Marrero | : |
|        Debtors/Respondents | : |
|        and | : |
| Charles J DeHart, III, Esquire | : |
|        Trustee/Respondent | : |

**ORDER**

Upon consideration of Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006-HE3 c/o Select Portfolio Servicing, Inc.' Objection to Confirmation of the proposed Plan, and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2018 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
Honorable John J. Thomas
United States Bankruptcy Judge